STATE OF NEW JERSEY v. THOMAS MERLO.

May 30, 1989.

Petition for certification. denied.

STATE OF NEW JERSEY v. VALENTINE PALUMBO.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONID JEFIMOWICZ.

May 30, 1989.

Petition for certification denied. (See 230 *N.J.Super.* 42)

STATE OF NEW JERSEY v. LEONID JEFIMOWICZ.

May 30, 1989.

Cross-petition for certification granted. (See 230 *N.J.Super.* 42)

STATE OF NEW JERSEY v. ANDREW LAWRENCE HALL.

May 30, 1989.

Petition for certification denied.